United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-10053-amc

John H. Robinson, Sr.  Chapter 13

Patricia Ann Gladden-Robinson

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 26, 2023 | Form ID: 309I | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John H. Robinson, Sr., Patricia Ann Gladden-Robinson, 5711 N. 12th Street, Philadelphia, PA 19141-4110 |
| 14749495 | + | City of Philadelphia, PO Box 56318, Philadelphia, PA 19130-6318 |
| 14747190 | | Comenity Bank-King Size, PO Box 650972, Dallas, TX 75265-0972 |
| 14747194 | | Einstein Apothecary, 5501 Old York Road, Levy 1, Philadelphia, PA 19141-3018 |
| 14747195 | + | Einstein Practice Plan, POB 780003, Philadelphia, PA 19178-0003 |
| 14747203 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14747204 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14747205 | | Philadelphia Fire Department-EMS, Lockbox 9437, POB 8500, Philadelphia, PA 19178-9437 |
| 14747209 | | Temple Faculty Physicians, POB 842925, Philadelphia, PA 19182-4925 |
| 14747210 | + | Temple University Hospital, 3401 N. Broad Street, Philadelphia, PA 19140-5189 |
| 14747518 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: Perlick@verizon.net | Jan 27 2023 00:33:00 | ZACHARY PERLICK, 1420 Walnut Street, Suite 718, Philadelphia, PA 19102 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Jan 27 2023 00:33:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| smg | | Email/Text: megan.harper@phila.gov | Jan 27 2023 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jan 27 2023 05:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2023 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jan 27 2023 00:33:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14749316 | + | EDI: PHINAMERI.COM | Jan 27 2023 05:34:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14747188 | + | EDI: CBSAMERIMARK | Jan 27 2023 05:34:00 | AmeriMark Premier, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14747189 | + | Email/Text: bankruptcy@philapark.org | Jan 27 2023 00:33:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |

Case 23-10053-amc    Doc 15    Filed 01/28/23    Entered 01/29/23 00:29:21    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: 309I | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14747191 | | EDI: CCS.COM | Jan 27 2023 05:34:00 | Credit Collection Services, PO Box 447, Norwood, MA 02062-0447 |
| 14747192 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 27 2023 00:41:50 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14747193 | + | EDI: CBSAMERIMARK | Jan 27 2023 05:34:00 | Dr. Leonard's, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14747196 | + | EDI: AMINFOFP.COM | Jan 27 2023 05:34:00 | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 14747198 | + | EDI: PHINAMERI.COM | Jan 27 2023 05:34:00 | GM Financial, POB 183593, Arlington, TX 76096-3593 |
| 14747197 | | EDI: CBS7AVE | Jan 27 2023 05:34:00 | Ginny's, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14748396 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2023 00:41:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14747200 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2023 00:33:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14747201 | | EDI: CBS7AVE | Jan 27 2023 05:34:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14747202 | | EDI: AGFINANCE.COM | Jan 27 2023 05:34:00 | OneMain Financial, POB 740594, Cincinnati, OH 45274-0594 |
| 14747206 | | EDI: PRA.COM | Jan 27 2023 05:34:00 | Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14747199 | | Email/Text: signed.order@pfwattorneys.com | Jan 27 2023 00:33:00 | LVNV Funding, LLC, c/o Pressler, Felt & Warshaw, LLp, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14747207 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 27 2023 00:33:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14747208 | + | EDI: CBS7AVE | Jan 27 2023 05:34:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14747211 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jan 27 2023 00:33:00 | The CBE Group, Inc., 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14747212 | | EDI: CBS7AVE | Jan 27 2023 05:34:00 | The Swiss Colony, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14747213 | | Email/Text: megan.harper@phila.gov | Jan 27 2023 00:33:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14749494 | \*+ | AmeriMark Premier, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14749496 | \*+ | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14749497 | \* | Comenity Bank-King Size, PO Box 650972, Dallas, TX 75265-0972 |
| 14749498 | \* | Credit Collection Services, PO Box 447, Norwood, MA 02062-0447 |
| 14749499 | \* | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14749500 | \*+ | Dr. Leonard's, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14749501 | \* | Einstein Apothecary, 5501 Old York Road, Levy 1, Philadelphia, PA 19141-3018 |
| 14749502 | \*+ | Einstein Practice Plan, POB 780003, Philadelphia, PA 19178-0003 |
| 14749503 | \*+ | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 14749505 | \*+ | GM Financial, POB 183593, Arlington, TX 76096-3593 |
| 14749504 | \* | Ginny's, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14749507 | \*+ | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |

Case 23-10053-amc   Doc 15   Filed 01/28/23   Entered 01/29/23 00:29:21   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: 309I | Total Noticed: 36 |

| | | |
|---|---|---|
| 14749508 | *+ | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14749509 | *+ | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14749510 | * | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14749511 | * | OneMain Financial, POB 740594, Cincinnati, OH 45274-0594 |
| 14749512 | *+ | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14749513 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14749515 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14749506 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, LVNV Funding, LLC, c/o Pressler, Felt & Warshaw, LLp, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14749514 | * | Philadelphia Fire Department-EMS, Lockbox 9437, POB 8500, Philadelphia, PA 19178-9437 |
| 14749516 | * | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14749517 | *+ | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14749518 | * | Temple Faculty Physicians, POB 842925, Philadelphia, PA 19182-4925 |
| 14749519 | * | Temple Faculty Physicians, POB 842925, Philadelphia, PA 19182-4925 |
| 14749520 | *+ | Temple University Hospital, 3401 N. Broad Street, Philadelphia, PA 19140-5189 |
| 14749521 | *+ | The CBE Group, Inc., 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14749522 | * | The Swiss Colony, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14749523 | * | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
| 14749524 | * | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 0 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023              Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:**

**Name**            **Email Address**

KENNETH E. WEST
  ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
  on behalf of Creditor CSMC 2021-RPL6 Trust mfarrington@kmllawgroup.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
  on behalf of Debtor John H. Robinson  Sr. Perlick@verizon.net, pireland1@verizon.net

ZACHARY PERLICK
  on behalf of Joint Debtor Patricia Ann Gladden-Robinson Perlick@verizon.net  pireland1@verizon.net

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | John H. Robinson Sr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–6566 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Patricia Ann Gladden–Robinson<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–7735 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 13    1/9/23 |
| Case number: | 23–10053–amc | | |

<u>Official Form 309I</u>

## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John H. Robinson Sr. | Patricia Ann Gladden–Robinson |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5711 N. 12th Street<br>Philadelphia, PA 19141 | 5711 N. 12th Street<br>Philadelphia, PA 19141 |
| 4. | **Debtor's attorney**<br>Name and address | ZACHARY PERLICK<br>1420 Walnut Street<br>Suite 718<br>Philadelphia, PA 19102 | Contact phone (215) 569–2922<br><br>Email: Perlick@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street – Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 1/26/23 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 8, 2023 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference.All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/7/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/20/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/10/23** |
| | **Deadlines for filing proof of claim:**<br>  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $380.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/4/23** at **10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |