UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Bankr. Case No. 23-10053-amc

John H. Robinson, Sr. and Patricia Ann Gladden-Robinson             Chapter 13

      Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                           Americredit Financial Services, Inc. dba GM Financial
                           PO Box 183853
                           Arlington, TX  76096

                           By  /s/  Mandy Youngblood

                           Mandy Youngblood
                           PO Box 183853
                           Arlington, TX  76096
                           877-203-5538
                           877-259-6417
                           Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                          Bankr. Case No. 23-10053-amc

John H. Robinson, Sr. and Patricia Ann Gladden-Robinson                                     Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on January 26, 2023 :

| | |
|---|---|
| ZACHARY PERLICK<br>1420 Walnut Street<br>Suite 718<br>Philadelphia, PA 19102 | Kenneth E West<br>Office of the Chapter 3 Standing Trustee<br>1234 Market Street Ste 1813<br>Philadelphia, PA 19107 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx50635 / 1066711