IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>JOHN H. ROBINSON, SR., and,<br>PATRICIA ANN GLADDEN-ROBINSON,<br><br>Debtor<br><br>ONEMAIN FINANCIAL GROUP, LLC,<br><br>Respondent<br>v.<br><br>JOHN H. ROBINSON, SR.,<br>PATRICIA ANN GLADDEN-ROBINSON, and<br>KENNETH E. WEST, Chapter 13 Trustee<br>Respondents | Bankruptcy No. 23-10053-amc<br><br>Chapter 13<br><br>Document No. |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the March 13, 2023, I served copies of the Motion for Relief from the Automatic Stay and the Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| John H. Robinson, Sr.<br>Patricia Ann Gladden-Robinson<br>5711 N. 12th Street<br>Philadelphia, PA 19141 | Zachary Perlick<br>1420 Walnut Street, Suite 718<br>Philadelphia, PA 19102 |
| Kenneth E. West<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 1910 |

    By: /s/ Keri P. Ebeck
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219
    Phone (412) 456-8112
    Fax (412) 456-8135