**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JOHN ROBINSON : CHAPTER 13
      PATRICIA GLADDEN-ROBINSON :
       :
      DEBTORS : BANKRUPTCY No. 22-12471

## <u>CERTIFICATION OF SERVICE</u>

      I hereby certify that true and correct copies of the foregoing Amended Chapter 13

Plan has been served upon the Trustee, U.S. Trustee, all counsel and creditors who

entered appearances and all creditors on the Matrix in the above captioned case on March 21,

2023 by regular first class mail or electronic mail.


                  BY: _/s/ Zachary Perlick_
                      Zachary Perlick, Esquire
                      1420 Walnut Street, Suite 718
                      Philadelphia, PA  19102
                      (215) 569-2922