IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>JOHN H. ROBINSON, SR., and,<br>PATRICIA ANN GLADDEN-ROBINSON,<br><br>      Debtor<br><br>ONEMAIN FINANCIAL GROUP, LLC,<br><br>      Respondent<br>   v.<br><br>JOHN H. ROBINSON, SR.,<br>PATRICIA ANN GLADDEN-ROBINSON, and<br>KENNETH E. WEST, Chapter 13 Trustee<br>     Respondents | Bankruptcy No. 23-10053-amc<br><br>Chapter 13<br><br>Document No. 21 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 21)

      The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 21 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than March 27, 2023.

      It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

                    Respectfully submitted,

                    By: /s/ Keri P. Ebeck
                    Keri P. Ebeck, Esq.
                    PA I.D. # 91298
                    kebeck@bernsteinlaw.com
                    601 Grant Street, 9th Floor
                    Pittsburgh, PA 15219
                    Phone - (412) 456-8112
                    Fax - (412) 456-8135

                    Counsel for OneMain Financial Group LLC

Dated: March 28, 2023