IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 23-10053-amc |
|---|---|
| JOHN H. ROBINSON, SR., and, PATRICIA ANN GLADDEN-ROBINSON, | Chapter 13 |
| Debtor | Document No. |
| ONEMAIN FINANCIAL GROUP, LLC, | |
| Respondent v. | |
| JOHN H. ROBINSON, SR., PATRICIA ANN GLADDEN-ROBINSON, and KENNETH E. WEST, Chapter 13 Trustee Respondents | |

ORDER OF COURT

AND NOW, this ___ day of _____, 2023, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of OneMain Financial Group LLC in the 2008 Honda CR-V EX 4D SUV 4WD, VIN# 5J6RE48548L011281.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

**Date: April 4, 2023**

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge