United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10053-amc |
| John H. Robinson, Sr. | Chapter 13 |
| Patricia Ann Gladden-Robinson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John H. Robinson, Sr., Patricia Ann Gladden-Robinson, 5711 N. 12th Street, Philadelphia, PA 19141-4110 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor OneMain Financial Group LLC kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor CSMC 2021-RPL6 Trust mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor John H. Robinson  Sr. Perlick@verizon.net, pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Joint Debtor Patricia Ann Gladden-Robinson Perlick@verizon.net  pireland1@verizon.net |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Apr 04, 2023 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>JOHN H. ROBINSON, SR., and,<br>PATRICIA ANN GLADDEN-ROBINSON,<br><br>    Debtor<br><br>ONEMAIN FINANCIAL GROUP, LLC,<br><br>    Respondent<br>  v.<br><br>JOHN H. ROBINSON, SR.,<br>PATRICIA ANN GLADDEN-ROBINSON, and<br>KENNETH E. WEST, Chapter 13 Trustee<br>    Respondents | Bankruptcy No. 23-10053-amc<br><br>Chapter 13<br><br>Document No. |
|---|---|

ORDER OF COURT

AND NOW, this ___ day of _____, 2023, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of OneMain Financial Group LLC in the 2008 Honda CR-V EX 4D SUV 4WD, VIN# 5J6RE48548L011281.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge

**Date: April 4, 2023**