**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JOHN ROBINSON | : | CHAPTER 13 |
| | PATRICIA ROBINSON | : | |
| | | : | |
| | DEBTORS | : | BANKRUPTCY No. 23-10053 |

CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I filed a Motion to Avoid Lien of Judgment Creditor, LVNV Funding, LLC with the Clerk of the United States Bankruptcy Court on April 3, 2023 and gave notice to the Debtor, the Trustee, and all interested parties that they had twenty (20) days to file an answer, objection or other responsive pleading; that more than twenty (20) days have passed since the notices were mailed and I have not received an Answer, objection or other responsive pleading. I therefore request that the court enter The Order accompanying said application.

BY:    /Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922