UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE: JOHN & PATRICIA ROBINSON    : Bankruptcy No. 23-10053AMC
                                   :
                                   :
        DEBTORS                    : CHAPTER 13
```

O R D E R

AND NOW, this 16th day of May, 2023, upon consideration of the Debtors motion to avoid and cancel a judicial lien which impairs an exemption of the Debtors,

It is hereby ORDERED that said motion is GRANTED, and that the judicial lien held by LVNV FUNDING, LLC C/O RESURGENT CAPITAL SERVICES in and on the Debtors real and personal property, including the judgment entered in Philadelphia County, Municipal Court, docket number SC-21-06-25-4153, is hereby avoided upon discharge of debtors Chapter 13 case.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN