UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOHN & PATRICIA ROBINSON : Bankruptcy No. 23-10053AMC
:
:
    DEBTORS : CHAPTER 13

O R D E R

AND NOW, this 16th day of May, 2023, upon consideration of the Debtors motion to avoid and cancel a judicial lien which impairs an exemption of the Debtor,

It is hereby ORDERED that said motion is GRANTED, and that the judicial lien held by LVNV FUNDING, LLC C/O RESURGENT CAPITAL SERVICES in and on the Debtors real and personal property, including the judgment entered in Philadelphia County, Municipal Court, docket number SC-22-05-20-4452, is hereby avoided upon discharge of debtor's Chapter 13 case.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN