United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10053-amc |
| John H. Robinson, Sr. | Chapter 13 |
| Patricia Ann Gladden-Robinson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John H. Robinson, Sr., Patricia Ann Gladden-Robinson, 5711 N. 12th Street, Philadelphia, PA 19141-4110 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14748396 | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2023 00:25:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14755338 | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2023 00:27:06 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14747199 | Email/Text: signed.order@pfwattorneys.com | May 18 2023 00:15:00 | LVNV Funding, LLC, c/o Pressler, Felt & Warshaw, LLp, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14749506 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, LVNV Funding, LLC, c/o Pressler, Felt & Warshaw, LLp, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 19, 2023 | Signature: | /s/Gustava Winters |

Case 23-10053-amc   Doc 45   Filed 05/19/23   Entered 05/20/23 00:32:37   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 4 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor OneMain Financial Group LLC kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor CSMC 2021-RPL6 Trust mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor John H. Robinson  Sr. Perlick@verizon.net, pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Joint Debtor Patricia Ann Gladden-Robinson Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE: JOHN & PATRICIA ROBINSON    : Bankruptcy No. 23-10053AMC
                                   :
                                   :
        DEBTORS                    : CHAPTER 13
```

O R D E R

AND NOW, this 16th day of May, 2023, upon consideration of the Debtors motion to avoid and cancel a judicial lien which impairs an exemption of the Debtors,

It is hereby ORDERED that said motion is GRANTED, and that the judicial lien held by LVNV FUNDING, LLC C/O RESURGENT CAPITAL SERVICES in and on the Debtors real and personal property, including the judgment entered in Philadelphia County, Municipal Court, docket number SC-21-06-25-4153, is hereby avoided upon discharge of debtors Chapter 13 case.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN