United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-10053-amc

John H. Robinson, Sr.  Chapter 13

Patricia Ann Gladden-Robinson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: May 17, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John H. Robinson, Sr., Patricia Ann Gladden-Robinson, 5711 N. 12th Street, Philadelphia, PA 19141-4110 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:**

**Name      Email Address**

KENNETH E. WEST
     ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
     on behalf of Creditor OneMain Financial Group LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor CSMC 2021-RPL6 Trust mfarrington@kmllawgroup.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
     on behalf of Debtor John H. Robinson  Sr. Perlick@verizon.net, pireland1@verizon.net

ZACHARY PERLICK

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 1

on behalf of Joint Debtor Patricia Ann Gladden-Robinson Perlick@verizon.net  pireland1@verizon.net

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOHN & PATRICIA ROBINSON        : Bankruptcy No. 23-10053AMC
                                       :
                                       :
            DEBTORS                    : CHAPTER 13

O R D E R

AND NOW, this 16th day of May, 2023, upon consideration of the Debtors motion to avoid and cancel a judicial lien which impairs an exemption of the Debtor,

It is hereby ORDERED that said motion is GRANTED, and that the judicial lien held by LVNV FUNDING, LLC C/O RESURGENT CAPITAL SERVICES in and on the Debtors real and personal property, including the judgment entered in Philadelphia County, Municipal Court, docket number SC-22-05-20-4452, is hereby avoided upon discharge of debtor's Chapter 13 case.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN