United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10053-amc |
| John H. Robinson, Sr. | Chapter 13 |
| Patricia Ann Gladden-Robinson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 25, 2023 | Form ID: 155 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John H. Robinson, Sr., Patricia Ann Gladden-Robinson, 5711 N. 12th Street, Philadelphia, PA 19141-4110 |
| 14749495 | + | City of Philadelphia, PO Box 56318, Philadelphia, PA 19130-6318 |
| 14747190 | | Comenity Bank-King Size, PO Box 650972, Dallas, TX 75265-0972 |
| 14766509 | | Dyck-O'Neal, Inc. as Servicer for FNMA, P.O. Box 601549, Dallas, TX 75360-1549 |
| 14747194 | | Einstein Apothecary, 5501 Old York Road, Levy 1, Philadelphia, PA 19141-3018 |
| 14747195 | + | Einstein Practice Plan, POB 780003, Philadelphia, PA 19178-0003 |
| 14747204 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14747205 | | Philadelphia Fire Department-EMS, Lockbox 9437, POB 8500, Philadelphia, PA 19178-9437 |
| 14747209 | | Temple Faculty Physicians, POB 842925, Philadelphia, PA 19182-4925 |
| 14747210 | + | Temple University Hospital, 3401 N. Broad Street, Philadelphia, PA 19140-5189 |
| 14747518 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14752697 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 25 2023 23:46:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14749316 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 25 2023 23:46:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14747188 | + | Email/Text: bankruptcy@sccompanies.com | Jul 25 2023 23:46:00 | AmeriMark Premier, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14758283 | + | Email/Text: bankruptcy@sccompanies.com | Jul 25 2023 23:46:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14767986 | | Email/Text: megan.harper@phila.gov | Jul 25 2023 23:46:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14748912 | ^ | MEBN | Jul 25 2023 23:42:30 | CSMC 2021-RPL6 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14766405 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 25 2023 23:46:00 | CSMC 2021-RPL6 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14747189 | + | Email/Text: bankruptcy@philapark.org | Jul 25 2023 23:46:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14747191 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 25 2023 23:46:00 | Credit Collection Services, PO Box 447, Norwood, MA 02062-0447 |

Case 23-10053-amc    Doc 52    Filed 07/27/23    Entered 07/28/23 00:31:35    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2023 | Form ID: 155 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 14747192 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 25 2023 23:56:09 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14758284 | + | Email/Text: bankruptcy@sccompanies.com | Jul 25 2023 23:46:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14747193 | + | Email/Text: bankruptcy@sccompanies.com | Jul 25 2023 23:46:00 | Dr. Leonard's, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14747196 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 25 2023 23:56:51 | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 14747198 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 25 2023 23:46:00 | GM Financial, POB 183593, Arlington, TX 76096-3593 |
| 14758282 | + | Email/Text: bankruptcy@sccompanies.com | Jul 25 2023 23:46:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14747197 | | Email/Text: bankruptcy@sccompanies.com | Jul 25 2023 23:46:00 | Ginny's, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14748396 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2023 23:56:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14755338 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2023 23:56:31 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14757358 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2023 23:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14747200 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2023 23:46:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14747201 | | Email/Text: bankruptcy@sccompanies.com | Jul 25 2023 23:46:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14747202 | | Email/PDF: cbp@omf.com | Jul 25 2023 23:56:09 | OneMain Financial, POB 740594, Cincinnati, OH 45274-0594 |
| 14758317 | + | Email/PDF: cbp@omf.com | Jul 25 2023 23:56:32 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14747203 | ^ | MEBN | Jul 25 2023 23:42:32 | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14766367 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 25 2023 23:46:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14747206 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2023 23:56:52 | Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14747199 | | Email/Text: signed.order@pfwattorneys.com | Jul 25 2023 23:46:00 | LVNV Funding, LLC, c/o Pressler, Felt & Warshaw, LLp, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14759234 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 25 2023 23:46:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14765844 | + | Email/Text: bncmail@w-legal.com | Jul 25 2023 23:46:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 14747207 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 25 2023 23:46:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14758281 | + | Email/Text: bankruptcy@sccompanies.com | Jul 25 2023 23:46:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14747208 | + | Email/Text: bankruptcy@sccompanies.com | Jul 25 2023 23:46:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14762163 | | Email/Text: bankruptcy@springoakscapital.com | Jul 25 2023 23:46:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |

Case 23-10053-amc   Doc 52   Filed 07/27/23   Entered 07/28/23 00:31:35   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2023 | Form ID: 155 | Total Noticed: 50 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14758285 | + | Email/Text: bankruptcy@sccompanies.com | Jul 25 2023 23:46:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14747211 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jul 25 2023 23:46:00 | The CBE Group, Inc., 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14747212 | | Email/Text: bankruptcy@sccompanies.com | Jul 25 2023 23:46:00 | The Swiss Colony, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14758280 | + | Email/Text: bankruptcy@sccompanies.com | Jul 25 2023 23:46:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14763512 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2023 23:56:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14747213 | | Email/Text: megan.harper@phila.gov | Jul 25 2023 23:46:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14749494 | *+ | AmeriMark Premier, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14771624 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14749496 | *+ | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14749497 | * | Comenity Bank-King Size, PO Box 650972, Dallas, TX 75265-0972 |
| 14749498 | * | Credit Collection Services, PO Box 447, Norwood, MA 02062-0447 |
| 14749499 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14749500 | *+ | Dr. Leonard's, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14749501 | * | Einstein Apothecary, 5501 Old York Road, Levy 1, Philadelphia, PA 19141-3018 |
| 14749502 | *+ | Einstein Practice Plan, POB 780003, Philadelphia, PA 19178-0003 |
| 14749503 | *+ | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 14749505 | *+ | GM Financial, POB 183593, Arlington, TX 76096-3593 |
| 14749504 | * | Ginny's, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14749507 | *+ | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14749508 | *+ | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14749509 | *+ | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14749510 | * | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14749511 | * | OneMain Financial, POB 740594, Cincinnati, OH 45274-0594 |
| 14749512 | *+ | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14749513 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14749515 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14749506 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, LVNV Funding, LLC, c/o Pressler, Felt & Warshaw, LLp, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14749514 | * | Philadelphia Fire Department-EMS, Lockbox 9437, POB 8500, Philadelphia, PA 19178-9437 |
| 14749516 | * | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14749517 | *+ | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14749518 | * | Temple Faculty Physicians, POB 842925, Philadelphia, PA 19182-4925 |
| 14749519 | * | Temple Faculty Physicians, POB 842925, Philadelphia, PA 19182-4925 |
| 14749520 | *+ | Temple University Hospital, 3401 N. Broad Street, Philadelphia, PA 19140-5189 |
| 14749521 | *+ | The CBE Group, Inc., 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14749522 | * | The Swiss Colony, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14749523 | * | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
| 14749524 | * | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 0 Undeliverable, 31 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2023 | Form ID: 155 | Total Noticed: 50 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2023             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor OneMain Financial Group LLC kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor CSMC 2021-RPL6 Trust mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor John H. Robinson  Sr. Perlick@verizon.net, pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |
| ZACHARY PERLICK | on behalf of Joint Debtor Patricia Ann Gladden-Robinson Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John H. Robinson, Sr. and Patricia Ann Gladden−Robinson

    Debtor(s)

Chapter: 13

Bankruptcy No: 23−10053−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this July 25, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge, United States Bankruptcy Court

50
Form 155