IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Patricia Ann Gladden- Robinson<br>John H. Robinson Sr.<br><br>     Debtor(s) | CHAPTER 13 |
| CSMC 2021-RPL6 Trust<br>     Moving Party<br>vs. | NO. 23-10053 AMC |
| Patricia Ann Gladden- Robinson<br>John H. Robinson Sr.<br>     Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West<br>     Trustee | |

## CONSENT ORDER ON MOTION FOR RELIEF FROM STAY

1. The above-styled Motion having been scheduled for a hearing before the Court on September 17, 2024, upon Notice of Motion to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. FURTHER ORDERED that as of August 23, 2024, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| 2 | July 2024 | August 2024 | $369.88 | $812.86 | $1,182.74 | $2,365.48 |
| Less post-petition partial payments (suspense balance): | | | | | ($118.52) | |
| | | | | | **Total:** | **$2,246.96** |

4. The arrearage shall be paid as follows:

 a. Within seven (7) days of the filing of this Stipulation, Debtors shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$2,246.96**.

 b. Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$2,246.96** along with the pre-petition arrears.

    c. The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

5. Regular payments in the amount of **$1,182.74** to be paid on or before **September 1, 2024** and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtors default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy, then upon notice of default sent by first class mail to Debtors and attorney for Debtors, and failure of Debtors to cure such default within **fifteen (15)** days from the date of receipt of such notice, Movant may file a certification of default, with service upon Debtors, attorney for Debtors and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtors, shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtors remain in bankruptcy.

Date:   August 30, 2024                     /s/ Denise Carlon
                                           Denise Carlon, Esq.
                                           Attorney for Movant

Date: 9-10-24

                                           Zachary Perlick, Esq.
                                           Attorney for Debtors

Date: 9/16/2024     /s/ Jack Miller, Esuqire
Kenneth E West
Chapter 13 Trustee

Approved by the Court this **23rd** day of **Sept.**, 2024. However, the Court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Patricia Ann Gladden- Robinson**<br>**John H. Robinson Sr.**<br>                                  **Debtor(s)**<br><br>**CSMC 2021-RPL6 Trust**<br>                                  **Movant**<br>    **vs.**<br><br>**Patricia Ann Gladden- Robinson**<br>**John H. Robinson Sr.**<br>                                  **Debtor(s)**<br><br>**Kenneth E. West**,<br>                                  **Trustee** | **BK NO. 23-10053 AMC**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE
### Stipulation

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 18, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Patricia Ann Gladden- Robinson
511 North 12th Street
Philadelphia, PA 19141

John H. Robinson Sr.
5711 North 12th Street
Philadelphia, PA 19141

Attorney for Debtor(s)

Zachary Perlick, Esq.
1420 Walnut Street (VIA ECF)
Suite 718
Philadelphia, PA 19102

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: September 18, 2024

                                                  **/s/Denise Carlon Esquire**
                                                  Denise Carlon Esquire
                                                  Attorney I.D. 317226
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106
                                                  201-549-2363
                                                  dcarlon@kmllawgroup.com