**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  JOHN ROBINSON, SR.                :CHAPTER 13
      PATRICIA GLADDEN-ROBINSON    :
                                                                          :
DEBTORS                                                      :BANKRUPTCY No. 23-10164

## CERTIFICATION OF SERVICE

I hereby certify that true and correct copies of the foregoing Modified Chapter 13 Plan has been served upon the Trustee, U.S. Trustee, Debtor, all counsel and creditors who entered appearances and all creditors on the Matrix in the above captioned case on September 30, 2024 by regular first class mail or electronic mail.

                                                BY:  /s/ Zachary Perlick
                                                    Zachary Perlick, Esquire
                                                      1420 Walnut Street, Suite 718
                                                      Philadelphia, PA  19102
                                                      (215) 569-2922