**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JOHN ROBINSON  :  CHAPTER 13
PATRICIA GLADDEN-ROBINSON:
   :
DEBTORS  :  BANKRUPTCY No. 23-10053

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

I, Zachary Perlick, Esquire, hereby certify that I have not received a responsive pleading nor any objection to Debtor's Motion to Abate and Amend Plan Post-Confirmation, I respectfully request that the court enter the Order accompanying said application.

BY:  /Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922