IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOHN ROBINSON, SR. : | CHAPTER 13 |
| PATRICIA GLADDEN-ROBINSON: | |
| : | |
| DEBTORS : | Bankruptcy No. 23-10053 |

# **O R D E R**

AND NOW, this 8th day of October, 2024, upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE