United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 23-10053-amc

John H. Robinson, Sr.                                                                Chapter 13

Patricia Ann Gladden-Robinson

   Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John H. Robinson, Sr., Patricia Ann Gladden-Robinson, 5711 N. 12th Street, Philadelphia, PA 19141-4110 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2024                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor CSMC 2021-RPL6 Trust bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor OneMain Financial Group LLC kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor CSMC 2021-RPL6 Trust mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

ZACHARY PERLICK

on behalf of Debtor John H. Robinson  Sr. Perlick@verizon.net,
pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

ZACHARY PERLICK

on behalf of Joint Debtor Patricia Ann Gladden-Robinson Perlick@verizon.net
pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    JOHN ROBINSON, SR.        :    CHAPTER 13
          PATRICIA GLADDEN-ROBINSON:
                                     :
          DEBTORS                    :    Bankruptcy No. 23-10053

# O R D E R

AND NOW, this  8th   day of  October  , 2024, upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED.


BY THE COURT:


_____
THE HONORABLE ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE