#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | JOHN ROBINSON | : | CHAPTER 13 |
| | PATRICIA GLADDEN-ROBINSON | : | |
| | | : | |
| | DEBTORS | : | BANKRUPTCY No. 23-10053AMC |

### ORDER TO ALLOW SUPPLEMENTAL COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee and costs award: | $500.00 |
| Net amount to be paid by the Trustee | $500.00 |

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Dated: Oct. 28, 2024