United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-10053-amc

John H. Robinson, Sr.  Chapter 13

Patricia Ann Gladden-Robinson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Oct 28, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John H. Robinson, Sr., Patricia Ann Gladden-Robinson, 5711 N. 12th Street, Philadelphia, PA 19141-4110 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor CSMC 2021-RPL6 Trust bkgroup@kmllawgroup.com

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK
     on behalf of Creditor OneMain Financial Group LLC kebeck@bernsteinlaw.com
     btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MICHELLE L. MCGOWAN
     on behalf of Creditor CSMC 2021-RPL6 Trust mimcgowan@raslg.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 28, 2024 | Form ID: pdf900 | Total Noticed: 1 |

ZACHARY PERLICK

    on behalf of Debtor John H. Robinson  Sr. Perlick@verizon.net,
pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

ZACHARY PERLICK

    on behalf of Joint Debtor Patricia Ann Gladden-Robinson Perlick@verizon.net
pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | JOHN ROBINSON | : | CHAPTER 13 |
| | PATRICIA GLADDEN-ROBINSON | : | |
| | | : | |
| | DEBTORS | : | BANKRUPTCY No. 23-10053AMC |

**ORDER TO ALLOW SUPPLEMENTAL COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee and costs award:          $500.00
Net amount to be paid by the Trustee     $500.00

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Dated: Oct. 28, 2024