UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                            CASE NO.: 23-10053
                                                                                CHAPTER 13

John H. Robinson, Sr.,
   Debtor.

Patricia Ann Gladden-Robinson,
   Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of CSMC 2021-RPL6 Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                             Robertson, Anschutz, Schneid, Crane &
                                             Partners, PLLC
                                             Attorney for Secured Creditor
                                             130 Clinton Rd #202
                                             Fairfield, NJ 07004
                                             Telephone: 470-321-7112
                                             Facsimile: 404-393-1425

                                             By: /s/Sydney Cauthen
                                                 Sydney Cauthen
                                                 Email: scauthen@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on January 31, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JOHN H. ROBINSON, SR.
5711 N. 12TH STREET
PHILADELPHIA, PA 19141

PATRICIA ANN GLADDEN-ROBINSON
5711 N. 12TH STREET
PHILADELPHIA, PA 19141

And via electronic mail to:

ZACHARY PERLICK
1420 WALNUT STREET
SUITE 718
PHILADELPHIA, PA 19102

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

                                            By: /s/  Isis Culver